FILED
2006 Feb-27  AM 10:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DAISY GASKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) **CASE NO. 2:05-cv-275-TMP** |
| WORLD FINANCIAL NETWORK NATIONAL BANK, REBECCA MEADE, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

In accordance with the stipulation of dismissal filed by the parties on February 7, 2006, the above-entitled action is hereby **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs.

DONE this the 24th day of February, 2006.

_____
**R. DAVID PROCTOR**
**UNITED STATES DISTRICT JUDGE**